```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16712
    ARTHUR TARLETON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-9639


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/18/2006 and was confirmed 02/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  73.90% from remaining funds.

    The case was dismissed after confirmation 01/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
HONOR FINANCE              SECURED NOT I  NOT FILED             .00           .00
COMCAST CABLE COMMUNICAT   UNSECURED         1070.65            .00        176.25
WEXLER & WEXLER            UNSECURED        NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED           .00           .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED           .00           .00
BEVERLY FEDERAL CREDIT U   UNSECURED        NOT FILED           .00           .00
ONE IRON VENTURES          UNSECURED        NOT FILED           .00           .00
MEDICAL COLLECTION SYSTE   UNSECURED        NOT FILED           .00           .00
DEPENDON COLLECTION SE     UNSECURED        NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          994.55            .00        163.73
SUPREIOR ASSET MANGEMENT   UNSECURED        NOT FILED           .00           .00
CREDIT PROTECTION          UNSECURED        NOT FILED           .00           .00
CHICAGO MUNICIPAL COURT    UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED          200.00            .00         24.66
VILLAGE OF BEDFORD PARK    UNSECURED        NOT FILED           .00           .00
PANSY WASHINGTON           UNSECURED        NOT FILED           .00           .00
PAMULA JEFFERSON           UNSECURED        NOT FILED           .00           .00
MONEY MARKET PAYDAY EXPR   UNSECURED        NOT FILED           .00           .00
PRO SE DEBTOR              DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                          26.54
DEBTOR REFUND              REFUND                                            8.82

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   400.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                       364.64

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 16712 ARTHUR TARLETON
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                26.54
DEBTOR REFUND                                                        8.82
                                        ---------------   ---------------
TOTALS                                           400.00            400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/11/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE